"Clerk: Abel Acosta,"
Court of Criminal
Appeal of Texas,
P.O. Box 12308 Captiol
Station Austin Texas 78711

7-20-2015
RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

Dear Clerk, would you please sent
the Mandate of Affirming the ~~appeal~~
appeal on Cause 007-1110-10.
I received my T.D.C.J Committment date
Form It says REC'D Mandate From
C.C.A Affirming the Appeal on Cause
# 007-1110-10 Dated 7-8-15.
    However if you have any Mandate
of Cause no. 007-1110-10. Would
you send me a copy of the Mandate
from C.C.A Affirming the Appeal on Cause
007-1110-10        Thank you
        for your time in this
    Matter

Sincerly

Judy Ford McClewg
1694118 Michael
Unit 2664 FM 2054
Tennessee Colony Tx
75884